UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED

2010 NOV 17 PM 3:00

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | SA-09-CR-903 (XR) |
|---|---|
| Plaintiff, | S U P E R S E D I N G  I N D I C T M E N T |
| v. | |
| **RICHARD M. BENAVIDES,** | [Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii): Possession with Intent to Distribute a Controlled Substance; 21 USC § 860(a) Distribution Near Schools & Playgrounds; 18 USC § 924(c)(1)(A)(i): Possession of Firearm in Furtherance of a Drug Trafficking Crime] |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
[21 USC §§ 841(a)(1), 841(b)(1)(B)(ii) & 860(a)]

That on or about November 12, 2009, in the Western District of Texas, Defendant,

**RICHARD M. BENAVIDES,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, within 1,000 feet of the real property comprising a secondary school, specifically, Palm Heights Baptist School, located at 1106 West Malone, San Antonio, Texas, 78225, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii) and 860(a).

<u>**COUNT TWO**</u>
[18 U.S.C. § 924(c)(1)(A)(i)]

That on or about November 12, 2009, in the Western District of Texas, Defendant,

**RICHARD M. BENAVIDES,**

in furtherance of a drug trafficking crime, namely the possession with intent to distribute a controlled substance, charged in Count One, above, and incorporated herein by reference, did knowingly possess firearms, specifically: (1) a Smith & Wesson .38 cal revolver, serial # CMJ0767; and (2) a Rossi, .357 magnum revolver serial number # ZF396438; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL,



JOHN E. MURPHY
United States Attorney

DAVID M. SHEARER
Assistant United States Attorney