FILED

DEC - 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. SA-09-CR-903-XR |
| | § | |
| (01) RICHARD M. BENAVIDES | § | |

## GOVERNMENT'S EXHIBIT LIST

**Hearing on Motion to Suppress [doc. 43]:**

| EXHIBIT | DESCRIPTION | DATE ADMITTED |
|---------|-------------|---------------|
| A | Consent to Search Form signed by defendant | December 1, 2010 |
| B | Report of Detective White | December 1, 2010 |
| C | Prosecution Guide - Detective White | December 1, 2010 |
| D | Report of Officer Garcia | December 1, 2010 |
| E | Report of Officer Larios | December 1, 2010 |
| F | Report of Officer Moravits | December 1, 2010 |
| G | Evidence Guide - Detective White | December 1, 2010 |
| H | Photo - Detective White and Defendant | December 1, 2010 |