# STATE OF TEXAS — CERTIFICATION OF VITAL RECORD

## COUNTY OF WILSON

**161**

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER |
|---|---|---|

1. LEGAL NAME OF DECEASED: **RICHARD MARTINEZ BENAVIDES**
2. DATE OF DEATH: **08/14/2011**
3. SEX: **MALE**
4. DATE OF BIRTH: [redacted]
5. AGE - Last Birthday (Years): **53**
6. BIRTHPLACE: **SAN ANTONIO, TX**
7. SOCIAL SECURITY NUMBER: **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**
8. MARITAL STATUS AT TIME OF DEATH: Divorced
10a. RESIDENCE STREET ADDRESS: [redacted]
10c. CITY OR TOWN: **LA VERNIA**
10d. COUNTY: **WILSON**
10e. STATE: **TEXAS**
10f. ZIP CODE: **78121**
10g. INSIDE CITY LIMITS? No
11. FATHER'S NAME: **RUDY BENAVIDES**
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: **HOPE MARTINEZ**
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: **WILSON**
15. CITY/TOWN, ZIP CODE: **LA VERNIA, 78121**
16. FACILITY NAME: **443 ROSEWOOD DR.**
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: **ELAINE REYNA FARIAS - COUSIN**
18. MAILING ADDRESS OF INFORMANT: [redacted] **LA VERNIA, TX 78121**
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: **JAMES P. PENA, BY ELECTRONIC SIGNATURE - 113301**
21. Unknown
22. PLACE OF DISPOSITION: **MISSION PARK SOUTH CREMATORY**
23. LOCATION: **SAN ANTONIO, TX**
24. NAME OF FUNERAL FACILITY: **PALM HEIGHTS MORTUARY**
25. COMPLETE ADDRESS OF FUNERAL FACILITY: **3711 SOUTH ZARZAMORA, SAN ANTONIO, TX 78225**
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: **JUSTO CISNEROS, BY ELECTRONIC SIGNATURE**
28. DATE CERTIFIED: **8/16/2011**
29. LICENSE NUMBER: **G1285**
30. TIME OF DEATH: **12:55 PM**
31. PRINTED NAME, ADDRESS OF CERTIFIER: **JUSTO CISNEROS, 5835 CALLAGHAN RD., STE 400, SAN ANTONIO, TX, 78228**
32. TITLE OF CERTIFIER: **MD**

33. CAUSE OF DEATH:
   a. IMMEDIATE CAUSE: **LIVER CANCER** — Approximate Interval Onset to death: **APPROX 2 MONTHS**

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: **LIVER CIRRHOSIS**

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No

42a. REGISTRAR FILE NO.: **01-174-2011**
42b. DATE RECEIVED BY LOCAL REGISTRAR: **August 23, 2011**
42c. REGISTRAR: *Eva S. Martinez, County Clerk*

Filed: August 23, 2011; Volume 15, Page 161
TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS UNIT

**29837**

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED IN THIS OFFICE ISSUED UNDER AUTHORITY OF SECTION 191.051 HEALTH AND SAFETY CODE.

DATE ISSUED: **August 23, 2011**

*Eva S. Martinez*
EVA S. MARTINEZ, COUNTY CLERK/REGISTRAR
WILSON COUNTY, TEXAS

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE